UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALVADOR RODRIGUEZ, | ) | NO. CV 10-6234-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MIKE D. McDONALD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _June 6_, 2011.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE